**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 19 2006

GREGORY C. LANGHAM
CLERK

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

April 18, 2006

Re: 97-810, In re: George C. Price

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

George C. Price
900 Logan Street
Denver CO 80203

Mr. Gregory C. Langham, Clerk
United States District Court for the
District of Colorado
Alfred A. Arraj United States Courthouse,
Room A105
901 19th Street
Denver, CO 80294-3589

Colorado Supreme Court
Attorney Regulation Counsel
1560 Broadway Suite 1800
Denver, CO 80202

by: Debra Struck
Deputy Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

IN RE: GEORGE C. PRICE

No. 97-810

### ORDER
Filed April 18, 2006

Before **KELLY, BRISCOE,** and **TYMKOVICH,** Circuit Judges.

This matter is before the court on George C. Price's Petition for Reinstatement, submitted on April 12, 2006. On March 14, 1997, Mr. Price was suspended indefinitely from practicing law in this court.

In his petition, Mr. Price informs the court that he has been reinstated to the practice of law in the state of Colorado and has also been reinstated by the United States District Court for the District of Colorado. He has attached a copy of the Colorado Supreme Court's order of reinstatement (effective December 22, 2002) to his petition.

Mr. Price's request for reinstatement to practice before the United States Court of Appeals for the Tenth Circuit is granted. Reinstatement is conditioned on payment of the court's $200.00 admission fee, which has been paid.

A true copy
Teste

Clerk, U.S. Court of
Appeals, Tenth Circuit
By
Deputy Clerk

The clerk shall provide a copy of this order to the Colorado Supreme Court and to the United States District Court for the District of Colorado.

Entered for the Court  
ELISABETH SHUMAKER, Clerk of Court

by: _[signature]_  
Christine Van Coney  
Counsel to the Clerk